RUTH GALLER *ET AL.*, PLAINTIFFS-RESPONDENTS, v. CHARLES SLURZBERG *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Abraham J. Slurzberg* for the petitioners.

*Mr. William A. Kaufmann* and *Messrs. O'Mara, Schumann, Davis & Lynch* for the respondents.

May 25, 1959.   Denied.